**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

**JUDGMENT IN A CIVIL CASE**

UNITED STATES EQUAL EMPLOYMENT )
OPPORTUNITY COMMISSION, )
)
       Plaintiff. )
)
vs. ) Case No. 04-0877-CV-W-FJG
)
CITY OF INDEPENDENCE, MISSOURI, )
)
       Defendant. )


_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_\_\_X\_\_\_\_ **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.


     The Court hereby grants defendant's Motion for Summary Judgment (Doc. #51) and denies as moot plaintiff's Motion in Limine (Doc. #83) and Defendant's Motion in Limine (Docs. #85,86,87,88, 89, 90 and 91).


\_\_10/31/2005_____                                                   /s/ P. J. Brune
Dated                                                                         Clerk of the Court

                                                                                   /s/ K. McIlvain
                                                                                   Deputy Clerk